IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWIN OSWALD and JUDITH OSWALD, his wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-1074 (MN) (SRF) |
| ALLIS-CHAMBERS CORPORATION PRODUCT LIABILITY TRUST, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 7th day of January 2026:

WHEREAS, on December 2, 2025, Magistrate Judge Fallon issued an Oral Report and Recommendation ("the Report") (D.I. 270) in this action, recommending that the Court grant Defendant Goodrich Corporation's Motion for Summary Judgment (DI 258), grant Defendant Eaton Hydraulics LLC, successor by merger to Eaton Hydraulics, Inc., f/k/a Vickers, Inc.'s Motion for Summary Judgment (D.I. 261), grant Defendant Eaton Corporation, individually a/s/i to Cutler-Hammer Inc.'s Motion for Summary Judgment (D.I. 263) and grant Defendant RTX Corporation's Motion for Summary Judgment (D.I. 265); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED-IN-PART.[1]

Defendant Goodrich Corporation's Motion for Summary Judgment (DI 258) is GRANTED.  The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Goodrich Corporation and against Plaintiffs Edwin Oswald and Judith Oswald.

Defendant Eaton Hydraulics LLC, successor by merger to Eaton Hydraulics, Inc., f/k/a Vickers, Inc.'s Motion for Summary Judgment (D.I. 261) is GRANTED.  The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Eaton Hydraulics LLC, successor by merger to Eaton Hydraulics, Inc., f/k/a Vickers, Inc. and against Plaintiffs Edwin Oswald and Judith Oswald.

Defendant Eaton Corporation, individually a/s/i to Cutler-Hammer Inc.'s Motion for Summary Judgment (D.I. 263) is GRANTED.  The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Eaton Corporation, individually a/s/i to Cutler-Hammer Inc. and against Plaintiffs Edwin Oswald and Judith Oswald.

Defendant RTX Corporation's Motion for Summary Judgment (D.I. 265) is GRANTED. The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant RTX Corporation and against Plaintiffs Edwin Oswald and Judith Oswald.

The Honorable Maryellen Noreika
United States District Judge

---

[1]    The Report goes on to recommend that Plaintiffs' claims against the moving defendants be dismissed with prejudice.  The Court will enter judgment in favor of the moving defendants.